UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80099-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**JOSHUA LEWIS**,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce Reinhart Following Change of Plea Hearing [ECF No. 17].  On August 27, 2021, Magistrate Judge Reinhart held a Change of Plea hearing during which Defendant pled guilty to the sole charge in the Information [ECF No. 9].  Magistrate Judge Reinhart thereafter issued a Report and Recommendation [ECF No. 17].  No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report.  Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 17] is **AFFIRMED AND ADOPTED**.
2. The guilty plea entered into by Defendant Joshua Lewis as to the sole offense in the Information is **ACCEPTED**;
3. Defendant Joshua Lewis is adjudicated guilty of the sole offense in the Information, which charges Defendant with illegal reentry of a deported alien in violation of 8 U.S.C. § 1326(a) and (b)(2) [ECF No. 9].

CASE NO. 21-80099-CR-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 14th day of September 2021.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record